

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00292-CV

FARUKH ASLAM                                           APPELLANT

V.

TOUCHSTONE                                             APPELLEES
COMMUNICATIONS - II, LLC,
TOUCHSTONE
COMMUNICATIONS (PRIVATE)
LTD., THOMAS SLONE, MICHAEL
MEYER, TRS FAMILY, LTD., MDM
RAM, LTD., CARL CARUSO,
NEWMARK INVESTMENTS
PARTNERSHIP, LTD., FARRAH
KARMALLY, BURGUNDY
HOLDINGS, LTD., AND JOE
SERINGER

------------

## FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

---

[1]*See* Tex. R. App. P. 47.4.

We have considered "Appellant's Notice of Settlement And Motion To Dismiss Appeal."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

The motions to dismiss filed by appellees are denied as moot.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MEIER, DAUPHINOT, and WALKER, JJ.

DELIVERED:  December 6, 2012